UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JANICE PATTON** | **CASE NO.  2:21-CV-02038** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **UNITED PROPERTY & CASUALTY INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

## MEMORANDUM ORDER

Before the Court is a "Motion for Protective Order and in the Alternative, Motion to Quash" (Doc. 23) filed by counsel for Plaintiff, Janice Patton. Plaintiff moves to prohibit Defendant United Property & Casualty Insurance Company ("UPC") from obtaining information sought in a subpoena sent to a non-party, Chauntelle LeJeaune concerning Patton's minor child, EP and her medical treatment.

UPC asserts that Plaintiff has made EP's medical treatment an issue by claiming that Ms. Patton's mental anguish is derived from EP's mental anguish due to living in a camper trailer while repairs are being made.[1] More significantly, UPC asserts that Plaintiff's counsel has failed to follow Rule 37 of the Federal Rules of Civil Procedure to resolve the discovery issue without court intervention.[2] Because counsel for Plaintiff has failed to participate in Federal Rule of Civil Procedure Rule 37 and Local Rule 37.1, the motion will be denied at this time. Accordingly,

---

[1] Specifically, Plaintiffs listed Chauntelle Lejeune was a potential witness, and/or Plaintiff intends to testify of EP's mental condition and the treatment EP has undergone for his/her mental condition.
[2] UPC indicates that Plaintiff's counsel's staff communicated via emails, but that an in-person or telephonic conference was not held by the parties' counsel. Ms.

**IT IS ORDERED** that the Motion for Protective Order and in the Alternative, Motion to Quash" (Doc. 23) is **DENIED** and the parties are to hold a Rule 37 conference no later than September 13, 2022.  If the parties are unable to resolve the discovery issue, Plaintiff's counsel may re-urge its Motion for Protective Order and in the Alternative, Motion to Quash.

**THUS DONE AND SIGNED** in Chambers on this 31st day of August, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**
